# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BAUER JR., GERALD L. | § | Case No. 14-21603 DRC |
| BAUER, MARIE N. | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/09/2014 . The undersigned trustee was appointed on 06/09/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $    50,302.13

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 239.08 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 50,063.05 |

   The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/28/2014 and the deadline for filing governmental claims was 12/08/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,765.11 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,765.11 , for a total compensation of $ 5,765.11 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 17.46 , for total expenses of $ 17.46 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/03/2017                By: /s/GINA B. KROL
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-21603    DRC    Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL |
| Case Name: | BAUER JR., GERALD L. | | Date Filed (f) or Converted (c): | 06/09/14 (f) |
| | BAUER, MARIE N. | | 341(a) Meeting Date: | 07/01/14 |
| For Period Ending: | 01/03/17 | | Claims Bar Date: | 11/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH  Located in Debtors' possession.  Debtor Claimed Exemption | 400.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS  PNC Checking Account  Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS  First American Bank Checking Account  Debtor Claimed Exemption | 1,300.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS  Harris Bank BMO Checking Account  Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS  Various used household goods and furnishings, nothing of significant value.  Debtor Claimed Exemption | 1,750.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS / COLLECTIBLES  Used books and magazines.  Debtor Claimed Exemption | 250.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL  Used clothing, nothing of significant value.  Debtor Claimed Exemption | 600.00 | 0.00 | | 0.00 | FA |
| 8. FURS AND JEWELRY  Used Jewelry, including wedding rings.  Debtor Claimed Exemption | 850.00 | 0.00 | | 0.00 | FA |
| 9. FIREARMS AND HOBBY EQUIPMENT  Glock Semiautomatic .45 caliber handgun. | 300.00 | 0.00 | | 0.00 | FA |

Case 14-21603   Doc 31   Filed 01/24/17   Entered 01/24/17 16:24:06   Desc Main
Document      Page 4 of 15

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

Case No:  14-21603   DRC   Judge: Donald R. Cassling  
Case Name:  BAUER JR., GERALD L.  
BAUER, MARIE N.

Trustee Name:  GINA B. KROL  
Date Filed (f) or Converted (c):  06/09/14 (f)  
341(a) Meeting Date:  07/01/14  
Claims Bar Date:  11/28/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 10. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| Northwestern Mutual Term Life Insurance Policy, (No CSV) | | | | | |
| Debtor Claimed Exemption | | | | | |
| 11. PENSION / PROFIT SHARING | Unknown | 0.00 | | 0.00 | FA |
| Joint Debtor's pension benefits upon retirement age with former employer, Household Bank. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 12. ACCOUNTS RECEIVABLE | 3,300.00 | 0.00 | | 0.00 | FA |
| Law office receivables. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 13. CONTINGENT CLAIMS | Unknown | 0.00 | | 50,302.13 | FA |
| Contingent Attorney fees on two (2) workers' compensation cases and various pending Ch. 13 cases. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 14. VEHICLES | 28,000.00 | 0.00 | | 0.00 | FA |
| 2013 Ford Mustang in good condition with approximately 14k miles. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 15. VEHICLES | 22,000.00 | 0.00 | | 0.00 | FA |
| 2012 Honda Pilot in good condition with approximately 18k miles. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 16. OFFICE EQUIPMENT | 1,800.00 | 0.00 | | 0.00 | FA |
| Various used office equipment including a Lenovo Thinkpad computer, a Dell desktop computer, 3 Brother Printers, tables and chairs. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 17. ANIMALS | 50.00 | 0.00 | | 0.00 | FA |
| 1 domestic dog | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| Case No: | 14-21603 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | BAUER JR., GERALD L. | | | Date Filed (f) or Converted (c): | 06/09/14 (f) |
| | BAUER, MARIE N. | | | 341(a) Meeting Date: | 07/01/14 |
| | | | | Claims Bar Date: | 11/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $60,700.00 | $0.00 | | $50,302.13 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee waiting for debtor to recover legal fees owed in pending Workers Comp action; Trustee was advised a settlement
was reached and is before the Employer's board of directors in November, 2016; Expect funds by end of December, 2016
October 12, 2016, 02:45 pm

Debtor continues to litigate the WC cases.  Settlements are being negotiated.
October 08, 2015, 12:24 pm

Trustee is working with Debtor who will continue to work on the WC cases for the benefit of the Estate.
October 22, 2014, 10:53 am
Debtor has two pending WC cases in which he represents the Plantiffs. Cases could generate fees to Debtor which would
pass to estate.
August 27, 2014, 10:56 am

Debtor is a lawyer. Has some contingency fee cases. Trustee requested info.
July 1, 2014, 3:23 pm

Initial Projected Date of Final Report (TFR): 12/31/15       Current Projected Date of Final Report (TFR): 06/30/17

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 14-21603   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | BAUER JR., GERALD L. | Date Filed (f) or Converted (c): | 06/09/14 (f) |
| | BAUER, MARIE N. | 341(a) Meeting Date: | 07/01/14 |
| | | Claims Bar Date: | 11/28/14 |

/s/   GINA B. KROL
_____ Date: 01/03/17
       GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-21603 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BAUER JR., GERALD L. | | Bank Name: | ASSOCIATED BANK |
| | BAUER, MARIE N. | | Account Number / CD #: | *******7871 Checking Account |
| Taxpayer ID No: | *******3683 | | | |
| For Period Ending: | 01/03/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/18/16 | 13 | Law Offices of Gerald Bauer Jr. IOLTA Client Trust Account | A/R Account Receivable due Debtor | 1121-000 | 22,065.83 | | 22,065.83 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.75 | 22,052.08 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.78 | 22,019.30 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.68 | 21,987.62 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.69 | 21,954.93 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.64 | 21,922.29 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.54 | 21,890.75 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.55 | 21,858.20 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.45 | 21,826.75 |
| 12/28/16 | 13 | LAW OFFICE OF GERLAD BAUER JR | | 1121-000 | 28,236.30 | | 50,063.05 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 50,302.13 | 239.08 | 50,063.05 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 50,302.13 | 239.08 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 50,302.13 | 239.08 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******7871 | 50,302.13 | 239.08 | 50,063.05 |
| | 50,302.13 | 239.08 | 50,063.05 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  50,302.13  239.08

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 03, 2017 |
|---|---|---|---|---|---|---|
| Case Number: 14-21603<br>Debtor Name: BAUER JR., GERALD L. | | Priority Sequence<br>Joint Debtor: BAUER, MARIE N. | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| ADMIN 1<br>001<br>2100-00 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602<br>Tax Id: | Administrative | | $0.00 | $5,782.57 | $5,782.57 |
| 000003A<br>040<br>5800-00 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $31,370.81 | $31,370.81 |
| 000011A<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | | $0.00 | $6,666.29 | $6,666.29 |
| 000002<br>050<br>4210-00 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>866-716-6441 | Secured<br>withdrawn | | $0.00 | $17,209.59 | $0.00 |
| 000007<br>050<br>4210-00 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>866-716-6441 | Secured<br>withdrawn | | $0.00 | $15,661.04 | $0.00 |
| 000001<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $11,281.06 | $11,281.06 |
| 000003<br>070<br>7100-00 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $4,796.75 | $4,796.75 |
| 000004<br>070<br>7100-00 | ACCESS GROUP,<br>INC./DB;AGPV3A.4<br>Xerox Education Services, LLC<br>dba ACS Education Services<br>501 Bleecker St.<br>Utica, NY 13501 | Unsecured | | $0.00 | $6,502.42 | $6,502.42 |
| 000005<br>070<br>7100-00 | ACCESS GROUP,<br>INC./DB;AGPV3A.4<br>Xerox Education Services, LLC<br>dba ACS Education Services | Unsecured | | $0.00 | $2,305.94 | $2,305.94 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: January 03, 2017 |
|---|---|---|---|---|---|---|
| Case Number: 14-21603 | | | Priority Sequence | | | |
| Debtor Name: BAUER JR., GERALD L. | | | | Joint Debtor: BAUER, MARIE N. | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | 501 Bleecker St.<br>Utica, NY 13501 | | | | | |
| 000006<br>070<br>7100-00 | ACCESS GROUP, INC./DB;AGPV3A.4<br>Xerox Education Services, LLC<br>dba ACS Education Services<br>501 Bleecker St.<br>Utica, NY 13501 | Unsecured | | $0.00 | $7,309.70 | $7,309.70 |
| 000008<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $0.00 | $5,768.61 | $5,768.61 |
| 000009<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $5,964.92 | $5,964.92 |
| 000010<br>070<br>7100-00 | PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Unsecured | | $0.00 | $4,879.92 | $4,879.92 |
| 000011<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Unsecured | | $0.00 | $881.34 | $881.34 |
| 000012<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $18,298.73 | $18,298.73 |
| 000013<br>070<br>7100-00 | BRAZOS/US BANK NATNL<br>c/o American Education Services<br>PO BOX 8183<br>HARRISBURG, PA 17105 | Unsecured | | $0.00 | $69,476.24 | $69,476.24 |
| 000014<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $6,205.90 | $6,205.90 |
| 000015<br>070<br>7100-00 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA 90051-5478 | Unsecured | | $0.00 | $138.96 | $138.96 |
| 000016<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>Successor to GENERAL ELECTRIC<br>CAPITAL CO<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $2,551.23 | $2,551.23 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: January 03, 2017 |

Case Number: 14-21603  
Debtor Name: BAUER JR., GERALD L.  
Joint Debtor: BAUER, MARIE N.  

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $223,052.02 | $190,181.39 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-21603 DRC
Case Name: BAUER JR., GERALD L.
　　　　　BAUER, MARIE N.
Trustee Name: GINA B. KROL

Balance on hand　　　　　　　　　　　　　　　　　$　　　50,063.05

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | American Honda Finance Corporation National Bankruptcy Center P.O. Box 168088 Irving, TX 75016-8088 866-716-6441 | $   17,209.59 | $   0.00 | $   0.00 | $   0.00 |
| 000007 | American Honda Finance Corporation National Bankruptcy Center P.O. Box 168088 Irving, TX 75016-8088 866-716-6441 | $   15,661.04 | $   0.00 | $   0.00 | $   0.00 |

Total to be paid to secured creditors　　　　　　　　$　　　　0.00

Remaining Balance　　　　　　　　　　　　　　　　$　　　50,063.05

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $   5,765.11 | $   0.00 | $   5,765.11 |
| Trustee Expenses: GINA B. KROL | $   17.46 | $   0.00 | $   17.46 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 5,782.57 |
| Remaining Balance | $ | 44,280.48 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 38,037.10 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | $ 31,370.81 | $ 0.00 | $ 31,370.81 |
| 000011A | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | $ 6,666.29 | $ 0.00 | $ 6,666.29 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 38,037.10 |
| Remaining Balance | $ | 6,243.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 146,361.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 11,281.06 | $ 0.00 | $ 481.22 |
| 000004 | ACCESS GROUP, INC./DB;AGPV3A.4 Xerox Education Services, LLC dba ACS Education Services 501 Bleecker St. Utica, NY 13501 | $ 6,502.42 | $ 0.00 | $ 277.37 |
| 000005 | ACCESS GROUP, INC./DB;AGPV3A.4 Xerox Education Services, LLC dba ACS Education Services 501 Bleecker St. Utica, NY 13501 | $ 2,305.94 | $ 0.00 | $ 98.36 |
| 000006 | ACCESS GROUP, INC./DB;AGPV3A.4 Xerox Education Services, LLC dba ACS Education Services 501 Bleecker St. Utica, NY 13501 | $ 7,309.70 | $ 0.00 | $ 311.81 |
| 000008 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | $ 5,768.61 | $ 0.00 | $ 246.07 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 5,964.92 | $ 0.00 | $ 254.45 |
| 000010 | PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | $ 4,879.92 | $ 0.00 | $ 208.16 |
| 000012 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 18,298.73 | $ 0.00 | $ 780.57 |
| 000013 | BRAZOS/US BANK NATNL<br>c/o American Education Services<br>PO BOX 8183<br>HARRISBURG, PA 17105 | $ 69,476.24 | $ 0.00 | $ 2,963.66 |
| 000014 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 6,205.90 | $ 0.00 | $ 264.73 |
| 000015 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA 90051-5478 | $ 138.96 | $ 0.00 | $ 5.93 |
| 000016 | Portfolio Recovery Associates, LLC<br>Successor to GENERAL ELECTRIC CAPITAL CO<br>POB 41067<br>Norfolk, VA 23541 | $ 2,551.23 | $ 0.00 | $ 108.83 |
| 000003 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | $ 4,796.75 | $ 0.00 | $ 204.62 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | $ 881.34 | $ 0.00 | $ 37.60 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,243.38 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE