IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **GERALD BAUER, JR.** | ) | No. 14 B 21603 |
| **MARIE BAUER** | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:     See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on January 25, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                                BY:/s/ Gina B. Krol
                                                                           Ch 7 Bankruptcy Trustee

**Service List:**

PYOD, LLC its successors and assigns as assignee of Citibank, NA
Resurgent Capital Services
P.O. Box 19008
Greenville, SC   29602

American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX   75016-8088

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA   19101-7346

Access Group, Inc.
Xerox Education Services, LLC
dba ACS Education Services
501 Bleecker Street
Utica, NY 13501

American InfoSource LP as agent for
Midland Funding, LLC
P.O. Box 268941
Oklahoma City, OK   73126

Capital One Bank USA, NA
P.O. Box 71083
Charlotte, NC   28272-1083

PNC Bank, NA
P.O. Box 94982
Cleveland, OH   44101

Illinois Dept of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL   60664

American Express Bank, FSB
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Brazos/US Bank National
c/o American Education Services
P.O. Box 8183
Harrisburg, PA   17105

American InfoSource LP as agent for DirectTV, LLC
P.O. Box 51178
Los Angeles, CA   90051-5478

Portfolio Recovery Associates, LLC
Successor to General Electric Capital Co.
P.O. Box 41067
Norfolk, VA   23541

Gerald Bauer, Jr.
glb@gbauerlaw.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov