# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BAUER JR., GERALD L. | § | Case No. 14-21603 |
| BAUER, MARIE N. | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 45,250.00                    Assets Exempt: 15,450.00
*(Without deducting any secured claims)*


Total Distributions to Claimants: 44,280.48    Claims Discharged
                                                Without Payment:  244,202.34


Total Expenses of Administration: 6,021.65

---

3) Total gross receipts of $ 50,302.13  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 50,302.13  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 46,856.54 | $ 32,870.63 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,021.65 | 6,021.65 | 6,021.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 21,626.00 | 38,037.10 | 38,037.10 | 38,037.10 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 208,031.00 | 146,361.72 | 146,361.72 | 6,243.38 |
| **TOTAL DISBURSEMENTS** | $ 276,513.54 | $ 223,291.10 | $ 190,420.47 | $ 50,302.13 |

4)  This case was originally filed under chapter 7 on  06/09/2014 .  The case was pending for 34 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2017                    By:/s/GINA B. KROL
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CONTINGENT CLAIMS | 1121-000 | 50,302.13 |
| **TOTAL GROSS RECEIPTS** | | **$ 50,302.13** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finance PO Box 168088 Irving, TX 75016 | | 17,207.13 | NA | NA | 0.00 |
| | Ford Motor Credit Corporation Ford Motor Credit Po Box 6275 Dearborn, MI 48121 | | 29,649.41 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN HONDA FINANCE CORPORATION | 4210-000 | NA | 17,209.59 | 0.00 | 0.00 |
| 000007 | AMERICAN HONDA FINANCE CORPORATION | 4210-000 | NA | 15,661.04 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 46,856.54 | $ 32,870.63 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 5,765.11 | 5,765.11 | 5,765.11 |
| GINA B. KROL | 2200-000 | NA | 17.46 | 17.46 | 17.46 |
| ASSOCIATED BANK | 2600-000 | NA | 239.08 | 239.08 | 239.08 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,021.65 | $ 6,021.65 | $ 6,021.65 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Attn: Bankruptcy Section PO Box 64338 Chicago, IL 60664 | | 1,418.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue Attn: Bankruptcy Section PO Box 64338 Chicago, IL 60664 | | 2,450.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue Attn: Bankruptcy Section PO Box 64338 Chicago, IL 60664 | | 3,000.00 | NA | NA | 0.00 |
| 000011A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 6,961.00 | 6,666.29 | 6,666.29 | 6,666.29 |
| 000003A | INTERNAL REVENUE SERVICE | 5800-000 | 7,797.00 | 31,370.81 | 31,370.81 | 31,370.81 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 21,626.00** | **$ 38,037.10** | **$ 38,037.10** | **$ 38,037.10** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Christ Medical Center 4440 W. 95th St. Oak Lawn, IL 60453 | | 606.00 | NA | NA | 0.00 |
| | Advocate Christ Medical Center 4440 W. 95th St. Oak Lawn, IL 60453 | | 3,654.00 | NA | NA | 0.00 |
| | Advocate Christ Medical Center 4440 W. 95th St. Oak Lawn, IL 60453 | | 329.00 | NA | NA | 0.00 |
| | Afni Attention: Bankruptcy 1310 Martin Luther King Dr Bloomington, IL 61701 | | 138.00 | NA | NA | 0.00 |
| | Cach Llc/Square Two Financial Attn: Bankruptcy 4340 South Monaco St. 2nd Floor Denver, CO 80237 | | 26,782.00 | NA | NA | 0.00 |
| | Cach Llc/Square Two Financial Attn: Bankruptcy 4340 South Monaco St. 2nd Floor Denver, CO 80237 | | 7,356.00 | NA | NA | 0.00 |
| | Cach Llc/Square Two Financial Attn: Bankruptcy 4340 South Monaco St. 2nd Floor Denver, CO 80237 | | 4,956.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Century Ear Nose and Throat 10660 W. 143rd St., Ste. B Orland Park, IL 60462 | | 118.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850 | | 9,273.00 | NA | NA | 0.00 |
| | ComEd Attn: Claims Dept. 3 Lincoln Center Oak Brook, IL 60181 | | 1,750.00 | NA | NA | 0.00 |
| | Findlaw/Thomson Reuters 610 Opperman Dr. Eagan, MN 55123 | | 5,250.00 | NA | NA | 0.00 |
| | First Financial Resource c/o Harris Bank BMO 209 W. Central St., Ste. 107 Natick, MA 01760 | | 1,113.00 | NA | NA | 0.00 |
| | Illinois Collection Service Inc PO Box 1010 Tinley Park, IL 60477 | | 68.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue Attn: Bankruptcy Section PO Box 64338 Chicago, IL 60664 | | 873.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mariana Gigea, MD 10743-49 W. 159th St. Orland Park, IL 60467 | | 100.00 | NA | NA | 0.00 |
| | Marquette National Bank 6316 S Western Ave Chicago, IL 60636 | | 0.00 | NA | NA | 0.00 |
| | Maternal Fetal Medicine PO Box 566 Tinley Park, IL 60477 | | 725.00 | NA | NA | 0.00 |
| | MinuteClinic Diagnostic PO Box 8446 | | 68.00 | NA | NA | 0.00 |
| | North Community Bank 3639 N Broadway Chicago, IL 60613 | | 0.00 | NA | NA | 0.00 |
| | Palos Anesthesia Assoc S.C. Dept. 4622 Carol Stream, IL 60122 | | 972.00 | NA | NA | 0.00 |
| | Palos Community Hospital 777 Oakmont Ln., Ste. 1600 Westmont, IL 60559 | | 2,005.00 | NA | NA | 0.00 |
| | Palos Hospital 12251 S. 80th Ave. Palos Heights, IL 60463 | | 24,682.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Palos Hospital 12251 S. 80th Ave. Palos Heights, IL 60463 | | 674.00 | NA | NA | 0.00 |
| | Palos Hospital 12251 S. 80th Ave. Palos Heights, IL 60463 | | 1,073.00 | NA | NA | 0.00 |
| | Palos Hospital 12251 S. 80th Ave. Palos Heights, IL 60463 | | 1,925.00 | NA | NA | 0.00 |
| | Palos Hospital 12251 S. 80th Ave. Palos Heights, IL 60463 | | 2,211.00 | NA | NA | 0.00 |
| | Quest Diagnostics 1355 Mittel Blvd. Wood Dale, IL 60191 | | 340.00 | NA | NA | 0.00 |
| | Receivables Performance 20816 44th Ave Wes Lynnwood, WA 98036 | | 0.00 | NA | NA | 0.00 |
| | Renaissance Medical Group, S.C PO Box 5255 Oak Brook, IL 60523 | | 125.00 | NA | NA | 0.00 |
| | SCR Laboratory Physicians, S.C. PO Box 5959 Carol Stream, IL 60197 | | 50.00 | NA | NA | 0.00 |
| 000011 | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | 878.00 | 881.34 | 881.34 | 37.60 |
| 000003 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 4,796.75 | 4,796.75 | 204.62 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | ACCESS GROUP, INC./DB;AGPV3A.4 | 7100-900 | 7,457.00 | 6,502.42 | 6,502.42 | 277.37 |
| 000005 | ACCESS GROUP, INC./DB;AGPV3A.4 | 7100-900 | 2,435.00 | 2,305.94 | 2,305.94 | 98.36 |
| 000006 | ACCESS GROUP, INC./DB;AGPV3A.4 | 7100-900 | 7,457.00 | 7,309.70 | 7,309.70 | 311.81 |
| 000012 | AMERICAN EXPRESS BANK, FSB | 7100-900 | 18,298.00 | 18,298.73 | 18,298.73 | 780.57 |
| 000008 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | 5,769.00 | 5,768.61 | 5,768.61 | 246.07 |
| 000015 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | NA | 138.96 | 138.96 | 5.93 |
| 000013 | BRAZOS/US BANK NATNL | 7100-900 | 39,126.00 | 69,476.24 | 69,476.24 | 2,963.66 |
| 000009 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | 5,964.00 | 5,964.92 | 5,964.92 | 254.45 |
| 000014 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | 6,166.00 | 6,205.90 | 6,205.90 | 264.73 |
| 000010 | PNC BANK N.A. | 7100-900 | 3,433.00 | 4,879.92 | 4,879.92 | 208.16 |
| 000016 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | 2,551.00 | 2,551.23 | 2,551.23 | 108.83 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | 11,281.00 | 11,281.06 | 11,281.06 | 481.22 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 208,031.00 | $ 146,361.72 | $ 146,361.72 | $ 6,243.38 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-21603 | JSB | Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | BAUER JR., GERALD L. | | | Date Filed (f) or Converted (c): | 06/09/14 (f) |
| | BAUER, MARIE N. | | | 341(a) Meeting Date: | 07/01/14 |
| For Period Ending: | 04/07/17 | | | Claims Bar Date: | 11/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH  Located in Debtors' possession.  Debtor Claimed Exemption | 400.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS  PNC Checking Account  Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS  First American Bank Checking Account  Debtor Claimed Exemption | 1,300.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS  Harris Bank BMO Checking Account  Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS  Various used household goods and furnishings, nothing of significant value.  Debtor Claimed Exemption | 1,750.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS / COLLECTIBLES  Used books and magazines.  Debtor Claimed Exemption | 250.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL  Used clothing, nothing of significant value.  Debtor Claimed Exemption | 600.00 | 0.00 | | 0.00 | FA |
| 8. FURS AND JEWELRY  Used Jewelry, including wedding rings.  Debtor Claimed Exemption | 850.00 | 0.00 | | 0.00 | FA |
| 9. FIREARMS AND HOBBY EQUIPMENT  Glock Semiautomatic .45 caliber handgun. | 300.00 | 0.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

Ver: 19.07a

Case 14-21603 Doc 38 Filed 04/18/17 Entered 04/18/17 14:36:35 Desc Main
Document Page 13 of 19

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 14-21603 | JSB | Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | BAUER JR., GERALD L. | | | Date Filed (f) or Converted (c): | 06/09/14 (f) |
| | BAUER, MARIE N. | | | 341(a) Meeting Date: | 07/01/14 |
| | | | | Claims Bar Date: | 11/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 10. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| Northwestern Mutual Term Life Insurance Policy, (No CSV) | | | | | |
| Debtor Claimed Exemption | | | | | |
| 11. PENSION / PROFIT SHARING | Unknown | 0.00 | | 0.00 | FA |
| Joint Debtor's pension benefits upon retirement age with former employer, Household Bank. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 12. ACCOUNTS RECEIVABLE | 3,300.00 | 0.00 | | 0.00 | FA |
| Law office receivables. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 13. CONTINGENT CLAIMS | Unknown | 0.00 | | 50,302.13 | FA |
| Contingent Attorney fees on two (2) workers' compensation cases and various pending Ch. 13 cases. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 14. VEHICLES | 28,000.00 | 0.00 | | 0.00 | FA |
| 2013 Ford Mustang in good condition with approximately 14k miles. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 15. VEHICLES | 22,000.00 | 0.00 | | 0.00 | FA |
| 2012 Honda Pilot in good condition with approximately 18k miles. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 16. OFFICE EQUIPMENT | 1,800.00 | 0.00 | | 0.00 | FA |
| Various used office equipment including a Lenovo Thinkpad computer, a Dell desktop computer, 3 Brother Printers, tables and chairs. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 17. ANIMALS | 50.00 | 0.00 | | 0.00 | FA |
| 1 domestic dog | | | | | |

LFORM1

Ver: 19.07a

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| Case No: | 14-21603 | JSB | Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- | --- |
| Case Name: | BAUER JR., GERALD L. | | | Date Filed (f) or Converted (c): | 06/09/14 (f) |
| | BAUER, MARIE N. | | | 341(a) Meeting Date: | 07/01/14 |
| | | | | Claims Bar Date: | 11/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $60,700.00 | $0.00 | | $50,302.13 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sent TFR to US Tee for review January 09, 2017, 12:37 pm

Trustee waiting for debtor to recover legal fees owed in pending Workers Comp action; Trustee was advised a settlement
was reached and is before the Employer's board of directors in November, 2016; Expect funds by end of December, 2016
October 12, 2016, 02:45 pm

Debtor continues to litigate the WC cases. Settlements are being negotiated.
October 08, 2015, 12:24 pm

Trustee is working with Debtor who will continue to work on the WC cases for the benefit of the Estate.
October 22, 2014, 10:53 am

Debtor has two pending WC cases in which he represents the Plantiffs. Cases could generate fees to Debtor which would
pass to estate.
August 27, 2014, 10:56 am

Debtor is a lawyer. Has some contingency fee cases. Trustee requested info.
July 1, 2014, 3:23 pm

LFORM1    Ver: 19.07a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-21603   JSB   Judge: JANET S. BAER | Trustee Name:  GINA B. KROL |
| Case Name: | BAUER JR., GERALD L. | Date Filed (f) or Converted (c): 06/09/14 (f) |
| | BAUER, MARIE N. | 341(a) Meeting Date: 07/01/14 |
| | | Claims Bar Date: 11/28/14 |

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 06/30/17

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-21603 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BAUER JR., GERALD L. | Bank Name: | ASSOCIATED BANK |
| | BAUER, MARIE N. | Account Number / CD #: | *******7871  Checking Account |
| Taxpayer ID No: | *******3683 | | |
| For Period Ending: | 04/07/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/18/16 | 13 | Law Offices of Gerald Bauer Jr. | A/R | 1121-000 | 22,065.83 | | 22,065.83 |
| | | IOLTA Client Trust Account | Account Receivable due Debtor | | | | |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.75 | 22,052.08 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.78 | 22,019.30 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.68 | 21,987.62 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.69 | 21,954.93 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.64 | 21,922.29 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.54 | 21,890.75 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.55 | 21,858.20 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.45 | 21,826.75 |
| 12/28/16 | 13 | LAW OFFICE OF GERLAD BAUER JR | | 1121-000 | 28,236.30 | | 50,063.05 |
| 02/24/17 | 030001 | GINA B. KROL | Final Distribution | | | 5,782.57 | 44,280.48 |
| | | 105 W. Madison Street | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| | | | Fees        5,765.11 | 2100-000 | | | |
| | | | Expenses         17.46 | 2200-000 | | | |
| 02/24/17 | 030002 | Internal Revenue Service | Final Distribution | 5800-000 | | 31,370.81 | 12,909.67 |
| | | Centralized Insolvency Operation | | | | | |
| | | PO Box 7346 | | | | | |
| | | Philadelphia, PA 19101-7346 | | | | | |
| 02/24/17 | 030003 | Illinois Department of Revenue | Final Distribution | 5800-000 | | 6,666.29 | 6,243.38 |
| | | Bankruptcy Section | | | | | |
| | | P.O. Box 64338 | | | | | |
| | | Chicago, Illinois 60664-0338 | | | | | |
| 02/24/17 | 030004 | PYOD, LLC its successors and assigns as | Final Distribution | 7100-900 | | 481.22 | 5,762.16 |
| | | assignee | | | | | |
| | | of Citibank, N.A. | | | | | |

Page Subtotals       50,302.13        44,539.97

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

Exhibit 9

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-21603 -JSB | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | BAUER JR., GERALD L. | Bank Name: | ASSOCIATED BANK |
| | BAUER, MARIE N. | Account Number / CD #: | *******7871 Checking Account |
| Taxpayer ID No: | *******3683 | | |
| For Period Ending: | 04/07/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/24/17 | 030005 | Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Final Distribution | 7100-000 | | 204.62 | 5,557.54 |
| 02/24/17 | 030006 | ACCESS GROUP, INC./DB;AGPV3A.4<br>Xerox Education Services, LLC<br>dba ACS Education Services<br>501 Bleecker St.<br>Utica, NY 13501 | Final Distribution<br>(4-1) student loan<br>(4-1) Modified<br>on 9/17/14 to correct creditor name (ES) | 7100-900 | | 277.37 | 5,280.17 |
| 02/24/17 | 030007 | ACCESS GROUP, INC./DB;AGPV3A.4<br>Xerox Education Services, LLC<br>dba ACS Education Services<br>501 Bleecker St.<br>Utica, NY 13501 | Final Distribution<br>(5-1) student loan | 7100-900 | | 98.36 | 5,181.81 |
| 02/24/17 | 030008 | ACCESS GROUP, INC./DB;AGPV3A.4<br>Xerox Education Services, LLC<br>dba ACS Education Services<br>501 Bleecker St.<br>Utica, NY 13501 | Final Distribution<br>(6-1) student loan | 7100-900 | | 311.81 | 4,870.00 |
| 02/24/17 | 030009 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Final Distribution | 7100-900 | | 246.07 | 4,623.93 |
| 02/24/17 | 030010 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution | 7100-900 | | 254.45 | 4,369.48 |
| 02/24/17 | 030011 | PNC BANK N.A. | Final Distribution | 7100-900 | | 208.16 | 4,161.32 |

Page Subtotals 0.00 1,600.84

Ver: 19.07a

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 14-21603 -JSB |
| Case Name: | BAUER JR., GERALD L. |
| | BAUER, MARIE N. |
| Taxpayer ID No: | *******3683 |
| For Period Ending: | 04/07/17 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7871  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO BOX 94982<br>CLEVELAND, OH 44101 | (10-1) COLLATERAL = UNSECURED ASSET<br>(10-1) SUBMITTED BY JBORKEY 1331 | | | | |
| 02/24/17 | 030012 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Final Distribution | 7100-000 | | 37.60 | 4,123.72 |
| 02/24/17 | 030013 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(12-1) CREDIT CARD DEBT | 7100-900 | | 780.57 | 3,343.15 |
| 02/24/17 | 030014 | BRAZOS/US BANK NATNL<br>c/o American Education Services<br>PO BOX 8183<br>HARRISBURG, PA 17105 | Final Distribution<br>(13-1) Modified on 11/6/14 to correct creditor name (ES) | 7100-900 | | 2,963.66 | 379.49 |
| 02/24/17 | 030015 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution | 7100-900 | | 264.73 | 114.76 |
| 02/24/17 | 030016 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA 90051-5478 | Final Distribution | 7100-900 | | 5.93 | 108.83 |
| 02/24/17 | 030017 | Portfolio Recovery Associates, LLC<br>Successor to GENERAL ELECTRIC CAPITAL CO<br>POB 41067<br>Norfolk, VA 23541 | Final Distribution | 7100-900 | | 108.83 | 0.00 |

Page Subtotals      0.00      4,161.32

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 18)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-21603 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BAUER JR., GERALD L. | Bank Name: | ASSOCIATED BANK |
| | BAUER, MARIE N. | Account Number / CD #: | *******7871  Checking Account |
| Taxpayer ID No: | *******3683 | | |
| For Period Ending: | 04/07/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 50,302.13 | 50,302.13 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 50,302.13 | 50,302.13 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 50,302.13 | 50,302.13 | |
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******7871 | 50,302.13 | 50,302.13 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 50,302.13 | 50,302.13 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00        0.00

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*